

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

BRAD D. SCHIMEL
ATTORNEY GENERAL

Paul W. Connell
Deputy Attorney General

Delanie M. Breuer
Chief of Staff

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Laure Rakvic-Farr
Assistant Attorney General
rakvic-farrlc@doj.state.wi.us
608/266-0323
FAX 608/267-8906

November 30, 2017

**VIA CM/ECF SYSTEM**

The Honorable Magistrate Judge Sickel
U.S. District Court for Eastern District of Wisconsin
125 South Jefferson Street, Rm. 102
Green Bay, WI 54301

    Re:    Terrance Prude v. Howell
           USDC - EDWI Case No. 17C0159

Dear Magistrate Judge Sickel:

Please be advised that the parties have reached an agreement in this case. Closing paperwork will be filed within the next thirty days.

Thank you.

Sincerely,

s/Laure Rakvic-Farr
LAURE RAKVIC-FARR
Assistant Attorney General
State Bar #1049540

LRF:kje